IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILMINGTON TRUST, N.A., as trustee for the VM Trust Series 1;<br><br>Plaintiff,<br><br>vs.<br><br>SHARYL A. MASON, AND FBL FINANCIAL GROUP, INC.,<br><br>Defendants. | 8:15CV296<br><br>ORDER |

After conferring with counsel and with pro se defendant, Sharyl A. Mason,

IT IS ORDERED:

1) Plaintiff Wilmington Trust, N.A.'s anticipated motion for judgment on the pleadings (or for summary judgment) shall be filed on or before December 1, 2015.

2) Defendant FBL Financial Group, Inc.'s anticipated motion to deposit the insurance funds at issue into the court shall be filed on or before December 1, 2015.

3) Any responses to the motions filed by Wilmington Trust, N.A. and by FBL Financial Group, Inc. shall be filed within 21 calendar days after the motions are filed.

4) Discovery is stayed pending further order of the court. If any party believes discovery is needed to fully and fairly present or respond to a motion, that party shall promptly file a motion to set aside the discovery stay.

5) If this case is not fully resolved on the motions filed by Plaintiff Wilmington Trust, N.A. and Defendant FBL Financial Group, Inc., within 10 days following Judge Gerrard's ruling on those motions, any parties who remain in the case following the ruling shall contact the undersigned magistrate judge's chambers for a conference and the entry of a case progression schedule.

November 16, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge