IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILMINGTON TRUST, N.A., | |
|     Plaintiff/Counter-Defendant, | 8:15-CV-296 |
| vs. | ORDER |
| SHARYL A. MASON, | |
|     Defendant/Cross-Defendant, | |
| and | |
| FBL FINANCIAL GROUP, INC. d/b/a FARM BUREAU FINANCIAL SERVICES, | |
|     Defendant/Counter-Plaintiff/Cross-Plaintiff. | |

The Court grants Sharyl Mason's Motion for Extension of Time (filing 26). The defendants may respond to Wilmington Trust's Motion for Judgment on the Pleadings (filing 24) on or before January 4, 2016. Wilmington Trust may file its reply, if any, on or before January 14, 2016.

Dated this 22nd day of December, 2015.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
United States District Judge