IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILMINGTON TRUST, N.A., | |
|     Plaintiff and Counter-Defendant, | 8:15-CV-296 |
| vs. | ORDER |
| SHARYL A. MASON, | |
|     Defendant and Cross-Defendant, | |
| and | |
| FBL FINANCIAL GROUP, INC. d/b/a FARM BUREAU FINANCIAL SERVICES, | |
|     Defendant and Counter-Plaintiff and Cross-Plaintiff. | |

The Court grants Sharyl Mason's Motion for Extension of Time (filing 28). The defendants may respond to Wilmington Trust's Motion for Judgment on the Pleadings (filing 24) on or before January 6, 2016. Wilmington Trust must file its reply, if any, on or before January 16, 2016.

Dated this 6th day of January, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge