IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILMINGTON TRUST, N.A.,<br><br>    Plaintiff and<br>    Counter-defendant,<br><br>vs.<br><br>SHARYL A. MASON,<br><br>    Defendant and<br>    Cross-Defendant,<br><br>and<br><br>FBL FINANCIAL GROUP, INC. d/b/a<br>FARM BUREAU FINANCIAL<br>SERVICES,<br><br>    Defendant and<br>    Counter-Plaintiff<br>    and Cross-Plaintiff. | 8:15-CV-296<br><br>ORDER |

The Court has received notification that FBL has deposited the $108,226.25 that was the subject of the Court's order granting FBL's motion for interpleader (filing 31). The parties may, on or before January 29, 2016, object to FBL's dismissal as a party to this case.

IT IS ORDERED:

1. The parties may object on or before January 29, 2016 to FBL's dismissal as a party to this case.

2. If no parties object, the Court will dismiss FBL as a party to this case without further notice.

Dated this 22nd day of January, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge