IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILMINGTON TRUST, N.A., | |
|     Plaintiff and Counter-Defendant, | 8:15-CV-296 |
| vs. | ORDER |
| SHARYL A. MASON, | |
|     Defendant and Cross-Defendant, | |
| and | |
| FBL FINANCIAL GROUP, INC. d/b/a FARM BUREAU FINANCIAL SERVICES, | |
|     Defendant and Counter-Plaintiff and Cross-Plaintiff. | |

The Court has received notification that FBL Financial Group, Inc. ("FBL"), has deposited the $108,226.25 that was the subject of the Court's order granting FBL's motion for interpleader (filing 31). The Court ordered the parties to file their objections, if any, to FBL's dismissal as a party to this case on or before January 29, 2016 (filing 33). As no party has objected, FBL is dismissed as a party to this case.

IT IS ORDERED:

1. The claims asserted against FBL Financial Group, Inc. are dismissed.

2. The parties shall bear their own costs and fees with respect to those claims.

3. FBL Financial Group, Inc. is terminated as a party to this case.

Dated this 3rd day of February, 2016.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge