IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILMINGTON TRUST, N.A., as trustee for the; <br><br> Plaintiff, <br><br> vs. <br><br> SHARYL A. MASON, <br><br> Defendant. | 8:15CV296 <br><br> ORDER |

IT IS ORDERED:

1) Plaintiff's response to Defendant's motion to quash, (Filing No. 60), shall be filed on or before February 22, 2017.

2) Pending a ruling on the motion to quash, any response to the subpoena served on non-party FBL Financial Group, Inc., d/b/a Farm Bureau Financial Services ("Farm Bureau") is stayed.

3) The clerk shall serve a copy of this order on Christopher J. Tjaden, Gross, Welch Law Firm, 2120 South 72nd Street, Suite 1500, Omaha Tower, Omaha, NE 68124 (ctjaden@grosswelch.com).

February 15, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge