## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

WILMINGTON TRUST, N.A.,

                Plaintiff,

vs.

SHARYL A. MASON,

                Defendant.

8:15-CV-296

ORDER ON DISTRIBUTION OF
FUNDS AND DISMISSAL

This matter is before the Court on the parties' Joint Stipulation for Distribution of Insurance Proceeds and for Dismissal with Prejudice (filing 72). The parties have stipulated to the distribution of $108,226.25 of insurance proceeds previously deposited with the Court. The parties further agree that all claims, counterclaims, and third-party claims that were or could have been asserted by any of the parties be dismissed, with prejudice, each party to bear its own costs and attorneys' fees. Therefore, in accordance with the parties' joint stipulations,

IT IS ORDERED:

1. The Clerk of the Court is ordered to distribute the aforementioned insurance proceeds as follows:

   a. $71,000.00 by check made payable to "Sharyl A. Mason" and delivered c/o her counsel, Kamron T.M. Hasan, HUSCH BLACKWELL LLP, 13330 California Street, Suite 200, Omaha, NE 68154.

   b. $37,226.25 by check made payable to "Shellpoint Mortgage Servicing" and delivered c/o Martin S. Frenkel, MADDIN, HAUSER, ROTH, & HELLER, P.C., 28400 Northwestern Highway, 2nd Floor, Southfield, MI 48034.

2. This matter is dismissed in its entirety, with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 10th day of April, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge