IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILMINGTON TRUST, N.A., | |
| Plaintiff, | 8:15-CV-296 |
| vs. | ORDER |
| SHARYL A. MASON, | |
| Defendant. | |

This matter is before the Court on its own motion. On April 10, 2017, the Court issued an Order on Distribution of Funds and Dismissal (filing 73). Pursuant to that Order, the Clerk of the Court was directed to distribute $71,000.00 in insurance proceeds to Sharyl A. Mason. The remainder of the proceeds, $37,226.25, are to be distributed to Shellpoint Mortgage Servicing. *See* filing 73 at 1.

The Court has since been informed that, following the disbursement of funds, there is a remaining balance of $309.17, which reflects the interest accrued over time. This amount was not contemplated in the parties' joint stipulation for dismissal. *See* filing 72.

After conferring with counsel, the Court has been instructed that the remaining funds—that is, the $309.17 in accrued interest—shall be distributed to Shellpoint Mortgage Servicing. Accordingly,

IT IS ORDERED:

1. In addition to the distribution referred to in filing 73, the Clerk of the Court shall distribute any accrued interest to Shellpoint Mortgage Servicing.

2. Such payments shall be made by check payable to "Shellpoint Mortgage Servicing" and delivered c/o Martin S. Frenkel, MADDIN, HAUSER, ROTH, & HELLER, P.C., 28400 Northwestern Highway, 2nd Floor, Southfield, MI 48034.

Dated this 12th day of April, 2017.

BY THE COURT:

John M. Gerrard
United States District Judge